IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROBERT H. GRIFFIN, JR., <br><br> Plaintiff, <br><br> vs. <br><br> DAN LINDER, ALAN BROOKS, and DANNY THOMPSON, <br><br> Defendants. | CV 14-228-M-DLC-JCL <br><br> ORDER |

Pursuant to the Amended Motion to Dismiss with Prejudice filed herein and good cause appearing;

IT IS HEREBY ORDERED that the above-entitled action, and each and all of the claims and counts asserted, or attempted to be asserted therein, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that each of the parties to the above-entitled action shall bear and pay all costs and expenses heretofore incurred or to be incurred by them, respectively, in connection with said action.

DATED this 11th day of January, 2016.

_____
Jeremiah C. Lynch
United States Magistrate Judge